**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
C.A.R.

                    Petitioner,          26 **CIVIL** 4275 (JPO)

      -against-                      **JUDGMENT**

KENNETH GENALO, et al.,
                     Respondents.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 29, 2026, the Court granted the petition.

Respondents were ordered to effectuate C.A.R.'s immediate release.

**DATED:** New York, New York
         June 2, 2026

                                 **TAMMI M. HELLWIG**

                                   **Clerk of Court**

               **BY:** _____
                               **Deputy Clerk**